632

402 A.2d 1079

Commonwealth v. Houser, Appellant.

Submitted September 15, 1978.
John F. Street, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

402 A.2d 1080

Muratone Co., Inc., Appellant, v. Cocivera
Construction Co., Inc.

Submitted September 15, 1978. Wayne N. Cordes, for appellant; Louis F. Floge, Jr., for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.